**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Krista Wojciechowicz<br>    Krista Anna Wojciechowicz aka Krista A Wojciechowicz aka Krista Wojciechowicz<br>Debtor(s) | BK NO. 21-00167 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                         Respectfully submitted,

                                          /s/ *Rebecca Solarz*
                                          Rebecca Solarz
                                          17 Feb 2021, 17:00:41, EST

                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322