United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Krista Anna Wojciechowicz  
    Debtor

Case No. 21-00167-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2021      Form ID: 318      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Krista Anna Wojciechowicz, 104 Railroad St, Mocanaqua, PA 18655-1410 |
| 5387313 | | Elan Financial Service, Saint Louis, MO 63101 |
| 5387314 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5387315 | | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5387316 | | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5387317 | | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5387318 | | First Natl Bk of PA, 4140 E State St, Hermitage, PA 16148-3401 |
| 5387319 | + | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 5387298 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5387322 | | Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 5387323 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 5387327 | | PA Sta Empcu, PO Box 1006, Harrisburg, PA 17108-1006 |
| 5387336 | | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5387297 | | Wojciechowicz Krista Anna, 104 Railroad St, Mocanaqua, PA 18655-1410 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 03 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387299 | | EDI: TSYS2.COM | May 03 2021 22:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5387300 | | EDI: TSYS2.COM | May 03 2021 22:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5387301 | | EDI: CAPITALONE.COM | May 03 2021 22:53:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5387302 | | EDI: CAPITALONE.COM | May 03 2021 22:53:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5387303 | | EDI: CITICORP.COM | May 03 2021 22:53:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5387304 | | EDI: CITICORP.COM | May 03 2021 22:53:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 5387305 | | EDI: WFNNB.COM | May 03 2021 22:53:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5387306 | | EDI: WFNNB.COM | May 03 2021 22:53:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5387307 | | EDI: WFNNB.COM | May 03 2021 22:53:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 5387308 | | EDI: WFNNB.COM | May 03 2021 22:53:00 | Comenitybank/catherine, PO Box 182789, Columbus, OH 43218-2789 |
| 5387309 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5387310 | | Email/PDF: creditonebknotifications@resurgent.com | May 03 2021 19:08:44 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| | | | May 03 2021 19:08:28 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5387312 | | EDI: DISCOVERSL.COM | May 03 2021 22:53:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 5387311 | | EDI: DISCOVERSL.COM | May 03 2021 22:53:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 5387320 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2021 11:45:07 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5387321 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2021 11:45:07 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5387325 | | EDI: NAVIENTFKASMSERV.COM | May 03 2021 22:53:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5387324 | | EDI: NAVIENTFKASMSERV.COM | May 03 2021 22:53:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 5387326 | | Email/Text: bankruptcynotices@psecu.com | May 03 2021 19:10:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5387332 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5387335 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5387337 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5387328 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5387330 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 5387329 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5387331 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5387333 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5387334 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 5387495 | + | EDI: RMSC.COM | May 03 2021 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387338 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5387339 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5387340 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Synchrony Bank/Qvc, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5387341 | | EDI: RMSC.COM | May 03 2021 22:53:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5387342 | | EDI: WTRRNBANK.COM | May 03 2021 22:53:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5387343 | | EDI: WTRRNBANK.COM | May 03 2021 22:53:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5387344 | + EDI: USBANKARS.COM | May 03 2021 22:53:00 | | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021      Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jason Paul Provinzano | on behalf of Debtor 1 Krista Anna Wojciechowicz MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com  PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Krista Anna Wojciechowicz | Social Security number or ITIN xxx–xx–2664 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21-bk-00167-HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Krista Anna Wojciechowicz
aka Krista A Wojciechowicz, aka Krista Wojciechowicz

**By the court:** *[signature]*

5/3/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                      **Order of Discharge**                                   page 2