United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 21-00167-HWV
Krista Anna Wojciechowicz     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 1
Date Rcvd: May 04, 2021     Form ID: fnldecac     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Krista Anna Wojciechowicz, 104 Railroad St, Mocanaqua, PA 18655-1410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 1 Krista Anna Wojciechowicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Krista Anna Wojciechowicz,<br>aka Krista A Wojciechowicz, aka Krista Wojciechowicz, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:21−bk−00167−HWV |

Social Security No.:
xxx−xx−2664

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 3, 2021

BY THE COURT
By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)